ACCEPTED
03-15-00293-CV
5287958
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/14/2015 2:37:47 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00293-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/14/2015 2:37:47 PM
JEFFREY D. KYLE
Clerk

**IN THE COURT OF APPEALS**
**FOR THE THIRD JUDICIAL DISTRICT OF TEXAS**
**AUSTIN, TEXAS**

# BOB E. WOODY,

*Appellant,*

### v.

# J. BLACK'S, LP and J. BLACK'S, GP, LLC

*Appellees.*

On Appeal from Cause No. D-1-GN-09-001436
In the 345th Judicial District Court of Travis County, Texas
The Honorable Stephen Yelenosky Presiding

# UNOPPOSED MOTION TO INCORPORATE
# PRIOR APPELLATE RECORD

TO THE HONORABLE JUDGES OF SAID COURT:

Appellant BOB E. WOODY ("Woody) files this his Motion requesting that the Reporter's Record and the Clerk's Record from a prior appellate proceeding in the Seventh Judicial District Court of Appeals at Amarillo, Texas, being Cause No. 07-12-00192-CV and styled *Bob E. Woody, The Ranch, LLC, and Hector H, Cardenas, Jr. v. J. Black's, LP and J. Black's, GP, LLC,* be incorporated into the record before this Court.

1

**1.**

On January 12, 2012, a final judgment was signed by the Honorable Stephen Yelenosky in Cause No. D-1-GN-09-001436 in the 345th Judicial District Court of Travis County, Texas.

**2.**

After an appeal of the January 12, 2012 final judgment was perfected to this Court in Cause No. 03-11-00024-CV, the appeal was transferred to the Seventh Judicial District Court of Appeals at Amarillo, Texas.

**3.**

On October 18, 2013, the Seventh Court of Appeals reversed the January 12, 2012 judgment in part, affirmed in part, and remanded the case to the 345th Judicial District Court of Travis County, Texas.

**4.**

On March 31, 2015, the Honorable Stephen Yelenosky signed a final judgment in the remanded cause, and an appeal has now been perfected from that judgment to this Court.

**5.**

To save the expense of preparing a duplicate record, Appellant Woody requests that the Court incorporate the Clerk's Record and Reporter's Record

from the prior appeal in the Seventh Judicial District Court of Appeals in Cause No. 07-12-00192-CV, into the record in this cause.

**6.**

Concurrent with the filing of this Motion, Woody is filing a motion with the Seventh Judicial District Court of Appeals requesting transfer of the Clerk's Record and Reporter's Record in Cause No. 07-12-00192-CV to the above cause in this Court.

*Prayer*

WHEREFORE, Woody prays that the Court grant this Motion to Incorporate the Prior Appellant Record from the Seventh Court of Appeals into the record in this cause, and for such other and further relief to which he is entitled.

Respectfully submitted,

*/s/ Jeremy Gaston*

Jeremy Gaston
Texas SBN 24012685
jgaston@hmgnc.com
**HAWASH MEADE GASTON
NEESE & CICACK LLP**
2118 Smith Street
Houston, Texas 77002
Telephone: (713) 658-9007
Facsimile: (713) 658-9011

and

3

Tom C. McCall
Texas SBN 13350300
tmccall@themccallfirm.com
David B. McCall
Texas SBN 13344500
dmccall@themccallfirm.com
**THE McCALL FIRM**
3660 Stoneridge Road, Suite F-102
Austin, Texas 78746-7759
Telephone:   (512) 477-4242
Facsimile:    (512) 477-2271

and

Rick Gray
Texas SBN 08328300
rick.gray@graybecker.com
**GRAY & BECKER, PC**
900 West Avenue
Austin, TX  78701-2210
Telephone:   (512) 482-0061
Facsimile:    (512) 482-0924

and

Hector H. Cardenas, Jr.
State Bar No. 00790422
hcardenas@cardenas-law.com
**THE CARDENAS LAW FIRM**
3660 Stoneridge Road, Suite F-102
Austin, Texas 78746-7759
Telephone:   (512) 477-4242
Facsimile:    (512) 477-2271

*Counsel for Bob E. Woody*

4

## *Certificate of Conference*

I hereby certify that I have communicated with counsel for Appellees and he is not opposed to incorporation of the prior appellate record into this cause.

*/s/ Tom C. McCall*

Tom C. McCall

## *Certificate of Service*

I hereby certify that a true and correct copy of the foregoing *Unopposed Motion to Incorporate Prior Appellate Record* was sent on this 14th day of May 2015, to the following:

**Via ProDoc eService**
**Via Email: etaube@taubesummers.com**
Mr. Eric J. Taube
TAUBE SUMMERS HARRISON
TAYLOR MEINZER BROWN, LLP
100 Congress Avenue, 18th Floor
Austin, Texas 78701
*Counsel for J. Black's, LP and J. Black's, GP, LLC*

*/s/ Tom C. McCall*

Tom C. McCall